**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

- Plaintiff,  Case No. 05-73885

vs.  Honorable: Patrick J. Duggan

MELVA GADDIS,  Claim Number: 1998A16433
SS# XXX-XX-2416
    Defendant,
_____/

## ORDER RELEASING WAGE ASSIGNMENT

Upon the reading and filing of the above Petition, that the **UNITED STATES POSTAL SERVICE** is hereby released from any liability under said **WAGE ASSIGNMENT** and any funds should be restored to the principal defendant upon receipt of this document.

Dated: August 8, 2008

                                        s/PATRICK J. DUGGAN
                                        DISTRICT COURT JUDGE